US DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Josephine Freeman,
    Plaintiff,　　　　　　　　　　　　　　　Case No 2:11-CV-11754

vs　　　　　　　　　　　　　　　　　　　　Judge Lawrence P Zatkoff

Consumer Portfolio Services Inc.
    Defendant.

_____

REQUEST FOR VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE

Plaintiff, having requested dismissal of the case with prejudice, and this court finding sufficient reason to grant request; it is hereby ORDERED that the above captioned case is dismissed with prejudice.    This is the final order, closing this case.

　　　　　　　　　　　　　　　　　　　　s/Lawrence P. Zatkoff
　　　　　　　　　　　　　　　　　　　　US DISTRICT COURT JUDGE

Dated:  September 20, 2011

Relief requested by:

____/s/__ James Shaw____
James Shaw P49003
Attorney for Plaintiff
Law Firm of Shaw & Associates, PLC
615 Griswold 7th Floor
Detroit, MI 48226
248-559-1223
AttorneyShaw@yahoo.com